**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 06-440(1)  RHK/AJB |
| Plaintiff, | |
| v. | **ORDER** |
| JOSE ALBERTO MARQUEZ-RIOS, | |
| Defendant. | |

Andrew R. Winter, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

Lee R. Johnson, Esq., for defendant, Jose Alberto Marquez-Rios.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated January 22, 2007, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that defendant Jose Alberto Marquez-Rios' Motion to Suppress Evidence Obtained as a Result of Search and Seizure is **denied**  [Docket No. 48].

Dated:    3/9/07

                                                      s/Richard H. Kyle
                                                      Richard H. Kyle
                                                      Senior United States District Court Judge