UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-440(1) (RHK/AJB)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| JOSE ALBERTO MARQUEZ-RIOS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court upon the joint motion of the parties pursuant to 18 U.S.C. § 3161(h)(8)(A) to toll the running of the Speedy Trial Act clock for a period of 45 days. This motion is based on the defendant's motion for a new attorney, which this Court granted on April 30, 2007. The parties have agreed and the Court concurs that an exclusion of 45 days from the running of the Speedy Trial Act clock is necessary and appropriate to give the new attorney time to familiarize himself or herself with the case. The Court further finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that the parties' Joint Motion to Toll the Running of the Speedy Trial Act Clock is granted.

IT IS FURTHER ORDERED that the period of time from April 30, 2007 through June 14, 2007, shall be excluded from the Speedy Trial Act computations in this case.[1]


Dated:  5/3/07            s/Richard H. Kyle
                          RICHARD H. KYLE
                          United States District Court Sr. Judge

---

[1] The time from the filing of the defendant's motion for new counsel (April 24, 2007) through this Court's ruling on that motion (April 30, 2007) shall also be excluded.